No. 312. GREAT NORTHERN RAILWAY COMPANY *v.* GALBREATH CATTLE COMPANY ET AL. On writ of certiorari to the Supreme Court of the State of Montana. Argued February 27, 1924. Decided March 3, 1924. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Louisiana Navigation Co. v. Oyster Commission of Louisiana,* 226 U. S. 99, 101; *Coe* v. *Armour Fertilizer Works,* 237 U. S. 413, 418, 419; *Grays Harbor Co. v. Coats-Fordney Co.,* 243 U. S. 251, 255; *Bruce* v. *Tobin,* 245 U. S. 18, 19. *Mr. I. Parker Veazey, Jr.,* with whom *Mr. F. G. Dorety* was on the brief, for petitioner. *Mr. E. E. Enterline* and *Mr. Samuel Herrick* appeared for respondents.

No. 693. TACOMA GRAIN COMPANY *v.* NORTHERN PACIFIC RAILWAY COMPANY. Error to the Supreme Court of the State of Washington. Motion to dismiss or affirm submitted February 18, 1924. Decided March 10, 1924. Dismissed for the want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. Charles W. Bunn,* for defendant in error, in support of the motion. *Mr. John E. Belcher* and *Mr. Merritt J. Gordon,* for plaintiff in error, in opposition to the motion.

No. ——, Original. *Ex parte:* IN THE MATTER OF RAYMOND McGONIGLE, PETITIONER. Submitted March 3, 1924. Decided March 10, 1924. Motion for leave to file a petition for a writ of habeas corpus herein denied. *Mr. Frans E. Lindquist* for petitioner.